UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DESILVA GATES CONSTRUCTION, L.P.,<br><br>　　　　　Defendant. | CASE NO.:　3:16-cv-06948 EMC<br><br>[P~~ROPOS~~ED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:　March 9, 2017<br>Time:　9:30 a.m.<br>Dept.:　Courtroom 5 |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD HEREIN:

　　　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

　　　　(1)　The Case Management Conference, currently set for March 9, 2017, is continued to April 6, 2017, at 9:30 a.m., in Courtroom 5 of the above-entitled Court.

　　　　(2)　All deadlines for the parties to further meet and confer under Federal Rules of Civil Procedure Rule 26(f), comply with their initial disclosure requirements, and file a Case Management Conference Statement shall be scheduled and calculated based on the new date for the Case Management Conference.

///

///

///

///

---

[PROPOSED] ORDER　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　　CASE NO.: 3:16-cv-06948

1  　　　　(3)　　Defendant is ordered to file a response to the operative Complaint no later than two

2  (2) weeks in advance of the new Case Management Conference date.

3  　　　　IT IS SO ORDERED.

5  Date:　　　　2/23/17

7  By: