UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DESILVA GATES CONSTRUCTION, L.P.,<br><br>　　　　　Defendant. | CASE NO.: 3:16-cv-06948 EMC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR MANDATORY SETTLEMENT CONFERENCE AND FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date:　July 6, 2017<br>Time:　9:30 a.m.<br>Dept.:　Courtroom 5 |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD HEREIN:

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

(1)　The Further Case Management Conference, currently set for July 6, 2017, is continued to August 3, 2017, at 9:30 a.m., in Courtroom 5 of the above-entitled Court.

(2)　The deadline for the parties to participate in a settlement conference before a magistrate judge is hereby continued to July 6, 2017.

(3)　The parties shall file an amended Case Management Conference Statement by July 27, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:　　5/9/17

By: _____
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

---

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 3:16-cv-06948 EMC