1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  TRAVELERS INDEMNITY COMPANY OF )     CASE NO.:   3:16-cv-06948 EMC
    CONNECTICUT,                    )
                                    )     [PROPOSED] ORDER TO DISMISS
12              Plaintiff,          )     ACTION
                                    )
13         vs.                      )
                                    )
14  DESILVA GATES CONSTRUCTION, L.P., )
                                    )
15              Defendant.          )
                                    )
16  _____ )

17  TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD HEREIN:

18         GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that this action is dismissed

19  in its entirety without prejudice.  All parties will bear their own costs.  The Case Management

20  Conference, currently set for August 3, 2017, is hereby vacated.

21         PURSUANT TO STIPULATION, IT IS SO ORDERED.

22
                8/1/17
23  Date:  _____

24                                        By:  _____

25                                        U.S. DISTRI

26

27

28

                                         1